[No. 38620-4-I.     Division One.     May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN MONROE SIMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02102-2, Ann Schindler, J., entered May 13, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Webster, JJ.

[No. 40824-1-I.     Division One.     May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK E. DUNLAP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03901-6, Richard M. Ishikawa, J., entered May 6, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Webster and Baker, JJ.

[No. 41000-8-I.     Division One.     May 24, 1999.]

*In the Matter of the Welfare of* M.I.S., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. A.S., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-7-00149-8, Marsha J. Pechman, J., entered June 18, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Appelwick, JJ.

[No. 41087-3-I.     Division One.     May 24, 1999.]

PATRICK INNISS, ET AL., *Appellants*, v. TANDY CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-26453-9, Michael J. Trickey, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Ellington, JJ.